IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

VS.                                         Cr. No. 1:04-10073-01-T

DAVID RAY ANDERSON

### ORDER OF DISMISSAL AS TO DEFENDANT DAVID RAY ANDERSON

Upon motion of the United States Attorney, on April 7, 2005 and for good cause shown, it is,

ORDERED that the indictment in this case, as to the defendant, Danny Ray Anderson, be and is hereby dismissed.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE: 26 April 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on  4/29/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 1:04-CR-10073 was distributed by fax, mail, or direct printing on April 29, 2005 to the parties listed.

---

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT